# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2621

_____

| | | |
|---|---|---|
| Walter F. Scott, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| McNearney & Associates, L.L.C. A | * | Eastern District of Missouri. |
| Foreign Corporation; Lawyer's | * | |
| Foreclosure Specialists, Inc., a | * | [UNPUBLISHED] |
| Domestic Corporation; Centex Home | * | |
| Equity Company, formerly doing | * | |
| business as Centrex Home Equity | * | |
| Corporation, LLC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 7, 2006
Filed: September 22, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Following a foreclosure sale on his property, Walter Scott sued the parties involved claiming violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, 1692a-1692o, and unlawful entry and trespass. Scott appeals the district

court's[1] adverse grant of summary judgment, and following careful review, we affirm for the reasons stated by the district court in its thorough memorandum opinion.  <u>See</u> 8th Cir. R. 47B.  McNearney & Associates's motion under Federal Rule of Appellate Procedure 38 for frivolous appeal damages is denied.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.